**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kimberly R. Arnal, Esq. (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff and Counter-Defendants, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation<br><br>Plaintiff,<br><br>v.<br><br>BOGH ENGINEERING, INC., a California Corporation; WESCO INSURANCE COMPANY, a Delaware Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania Corporation; and DOES 1 through 10 inclusive.<br><br>Defendants.<br>─────────────────────<br>WESCO INSURANCE COMPANY,<br><br>Counter-Claimant,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation and ROES 1 through 50, inclusive,<br><br>Counter-Defendants. | Case No.: 5:21-cv-00462-JGB-KK<br><br>**STIPULATION TO DISMISS ACTION** |

1

IT IS HEREBY STIPULATED BY AND BETWEEN Travelers Indemnity Company of Connecticut ("Travelers"), Wesco Insurance Company ("Wesco"), and National Union Fire Company of Pittsburgh, PA ("National Union"), by and through their counsel of record, as follows:

Whereas, Bogh Engineering, Inc. was previously dismissed from the action [dckt. #125];

Whereas, the remaining parties have agreed to settle this matter and dismiss the action for a waiver of costs.

The parties hereby stipulate that the entire action be dismissed without prejudice pursuant to FRCP 41(a)(1). The parties further stipulate that each side shall bear their own costs.

**SO STIPULATED.**

Dated: August 2, 2021      **THE AGUILERA LAW GROUP, APLC**

/s/ *A. Eric Aguilera*
A. Eric Aguilera, Esq.
Kimberly R. Arnal, Esq.
Attorneys for Plaintiff and Counter-Defendants,
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

Dated: August 2, 2021      **HIRSCH CLOSSON, APLC**

/s/ *Robert V. Closson*
Robert V. Closson, Esq.
Bryan P. Kerney, Esq.
Attorneys for Counter-Claimant and Defendant,
WESCO INSURANCE COMPANY

1
2   Dated: August 2, 2021        **NICOLAIDES FINK, ET AL , LLC**
3
4                                /s/ *Tamiko A. Dunham*
                                 _____
5                                Jeffrey N. Labovitch, Esq.
                                 Tamiko A. Dunham, Esq.
6                                Attorneys for Defendant,
                                 NATIONAL UNION FIRE INSURANCE
7                                COMPANY OF PITTSBURGH, PA
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Dominique Alferez, declare as follows:

 I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within-action. My business address is 650 Town Center Drive, Suite 100, Costa Mesa, CA 92626. On *August 2, 2021*, I served a copy of the following documents:

DOCUMENT(S) SERVED: **STIPULATION TO DISMISS ACTION; PROPOSED ORDER**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) I certify that on *August 2, 2021*, I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☐ (ONLY BY ELECTRONIC TRAMSMISSION) Only by e-mailing the document(s) to the persons at the email address(es) listed based on notice provided on *August 2, 2021,* that during the Coronavirus (COVID-19) pandemic, this firm is working remotely, not able to send physical mail as usual, and is, therefore, using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on *August 2, 2021*, at Costa Mesa, California.

           */s/ Dominique Alferez*
           Dominique Alferez

# SERVICE LIST

*Travelers v. BOGH Engineering, Inc., et al.*
United States District Court, Central District
5:21-cv-00462-JGB-KK

| | |
|---|---|
| Jeffrey N. Labovitch, Esq.<br>Tamiko A. Dunham, Esq.<br>**NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP**<br>4250 Executive Square, Suite 540<br>La Jolla, California 92037<br>Telephone: (858) 257-0700<br>Facsimile: (858) 257-0701<br>jlabovitch@nicolaidesllp.com<br>tdunham@nicolaidesllp.com | Attorneys for Defendant,<br>**NATIONAL UNION FIRE INSURANCE**<br>**COMPANY OF PITTSBURGH, PA.** |
| Robert V. Closson, Esq.<br>**HIRSCH CLOSSON, APLC**<br>5030 Camino de la Siesta, Suite 300<br>San Diego, CA 92108<br>Telephone: (619) 233-7006<br>Facsimile: (925) 935-9825<br>rclosson@hirschclosson.com<br><br>Bryan P. Kerney, Esq.<br>**HIRSCH CLOSSON, APLC**<br>1600 South Main Street, Suite 325C<br>Walnut Creek, CA 94596<br>Telephone: (925) 935-9800<br>Facsimile: (925) 935-9825<br>bkerney@hirschclosson.com | Attorneys for Defendant and Counter-Claimant,<br>**WESCO INSURANCE COMPANY** |