**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kimberly R. Arnal, Esq. (SBN 200448)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation<br><br>Plaintiff,<br><br>v.<br><br>BOGH ENGINEERING, INC., a California Corporation; WESCO INSURANCE COMPANY, a Delaware Corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania Corporation; and DOES 1 through 10 inclusive,<br><br>WESCO INSURANCE COMPANY,<br><br>Counter-Claimant,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut Corporation and ROES 1 through 50, inclusive,<br><br>Counter-Defendants. | Case No.: 5:21-cv-00462-JGB-KK<br><br>**ORDER TO DISMISS ACTION** |

# ORDER

Pursuant to stipulation, it is hereby ordered that this entire action is dismissed without prejudice.  Each side shall bear their own costs.

Dated: August 5, 2021

_____
Honorable Jesus G. Bernal